IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTINA WILSON,

        Plaintiff,

        vs.                       Case No. 17-1195-JTM

STATE OF OKLAHOMA, *et al.*

        Defendants.

MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation of the United States Magistrate Judge (Dkt. 8), which found that the pro se plaintiff's claims arising from a traffic stop in Oklahoma, and subsequent medical treatment in Oklahoma, should be dismissed for improper venue and lack of personal jurisdiction. The plaintiff has not responded to the Report and Recommendation.

The Report noted that plaintiff's claims appeared to be time-barred, as the traffic stop occurred more than two years before the complaint. (Dkt. 8, at 5 n. 16). However the Report did not resolve the issue. It did accurately determine (*id*. at 3-5) that the complaint fails to present any factual allegations which would support a finding that the District of

1

Kansas is the proper venue for this action, or any facts to support the exercise of personal jurisdiction in Kansas over the Oklahoma defendants.

IT IS ACCORDINGLY ORDERED this 18th day of October, 2017, that the Report and Recommendation is hereby adopted, and the present action is dismissed under 28 U.S.C. 1915(e)(2)(B) for failing to state a claim which supports either venue or personal jurisdiction.

     s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE